IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CARLOS ORELLANA CANTARERO,<br><br>          Plaintiff,<br>vs.<br><br>PAMELA BONDI, SECRETARY KRISTI NOEM, ALEXANDER SANCHEZ, TODD LYONS, BRET BRADFORD,<br><br>          Defendants. | NO.9:25-CV-00250-MJT-ZJH |

**ORDER TO UPDATE STATUS**

This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and is referred to the undersigned United States Magistrate Judge for pre-trial management. Doc. No. 3. On November 20, 2025, the Court issued an *Order Adopting Report and Recommendation of the Magistrate Judge*. Doc. No. 11. The *Order* (Doc. No. 11) required that on or before December 8, 2025, at 5:00 p.m., the Respondents either provide Orellana Cantarero with a bond hearing before an Immigration Judge or release him from custody, under reasonable conditions of supervision.

Accordingly, the parties are **ORDERED** to file an updated status **no later than Friday, December 12, 2025, at 12:00 p.m.**, advising the undersigned whether a bond hearing has occurred or alternatively if Orellana Cantarero has been released from custody.

SIGNED this 9th day of December, 2025.

_____
Zack Hawthorn
United States Magistrate Judge